```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JAMAL SMALLS,
                Petitioner,

    - against -                              O R D E R

                                        20 Civ. 4367 (NRB)
UNITED STATES OF AMERICA,               14 Cr. 167-2 (NRB)

                Respondent.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court, having reviewed petitioner's motion brought under 28 U.S.C. § 2255, hereby **ORDERS:**

(1) That within fifty days of the date of this order, the U.S. Attorney's Office shall file its answer to the motion. Petitioner shall have thirty days from the date on which petitioner is served with respondent's answer to file a reply. Absent further order, no other submissions will be accepted; and

(2) That all further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

Dated:   New York, New York
         June 23, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

**Petitioner (*pro se*)**

Jamal Smalls

**Copies of the foregoing Order have been mailed to the following**:

Jamal Smalls (#44425-054)

USP Hazelton

P.O. Box 2000

Bruceton Mills, WV 26525


United States Attorney's Office, SDNY

Attn: Criminal Division

One Saint Andrew's Plaza

New York, NY 10007